National Nassau Bank of New York v. James C. Cleary.— Application granted. Order signed. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Hirsh & Schofield, Inc., v. Aage Gusmer.— Motion denied, with ten dollars costs. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Mary Meagher, Respondent, v. Sesrun Society, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.; McLaughlin and Clarke, JJ., dissented on the ground that the verdict that the defendant was guilty of negligence was against the weight of evidence.

Vermont Marble Company, Appellant, v. Chas. M. Gray Marble and Slate Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

L. Tanenbaum, Strauss & Company, Inc., Respondent, v. Edna Wilson and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

In the Matter of the Application of the Manhattan Railway Company, Appellant, v. Anetta Bockar and Others, Respondents, Relative to Acquiring Title to Certain Real Property, etc. In the Matter of the Application of the Manhattan Railway Company, Appellant, v. Henry A. Wingert and Others, Respondents, Relative to Acquiring Title to Certain Real Property, etc.— Orders affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

The People of the State of New York, Respondent, v. Adolph Schmidt. Appellant.— Determination affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Philip Manson, Appellant, v. F. Kingsbury Curtis, Respondent.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

J. Herbert Ballantine, Respondent, v. James T. Beckwith, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Daniel Hoffman, Respondent, v. Ralph Bogart, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

William J. Kindgen, as Receiver, etc., of Antonie Bohaty, Respondent, v. Antonie Bohaty and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

August Peschmanns, Respondent, v. National Surety Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.

Maria Luigia Caroccio, as Administratrix, etc., Respondent, v. Shults Bread Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Smith, JJ.